# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTE ORDER

**DATE**: February 9, 2016           **Time in Court:**  13 mins.

**JUDGE: KANDIS A. WESTMORE**           **FTR**:  1:53-2:06

**Courtroom Deputy**: Susan Imbriani

**CASE NO. C15-5085  KAW**

**TITLE:**  Chian v. Uzelac, et al

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Jeffrey Schoppert | Sarah Leger |

**PROCEEDINGS:**   Case Management Conference

**RESULTS:**   Plaintiff to file Errata to Complaint

Further CMC set for 6/7/16 at 1:30 pm with updated statement due 5/31/16.

**REFERRALS:**

[] Case referred to ADR for     by    .
[] Case referred to (random) Magistrate Judge for SETTLEMENT CONFERENCE by/during
      **,** or as soon thereafter as is convenient for the judge**.**
[]Case referred to (direct) Magistrate Judge         for SETTLEMENT CONFERENCE by/during
      , or as soon thereafter as is convenient for the judge.

**cc:**