Paul C. Smith (SBN 137664)
psmith@keeginharrison.com
Lynde Selden III (SBN 207513)
lselden@keeginharrison.com
KEEGIN HARRISON LLP
1000 Fourth Street, Suite 600
San Rafael, California  94901
Telephone:  (415) 456-4000
Facsimile:  (415) 456-9021

Attorneys for plaintiff and petitioner
Ri-Cheng Chian

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RI-CHENG CHIAN, an individual, as Trustee of the Chian Family Trust,<br><br>Plaintiff,<br><br>vs.<br><br>PETER UZELAC, an individual; JIEYING IVF LABS SAN FRANCISCO, INC., a California corporation in the Process of Voluntary Winding up; and MFC LAB, INC., a California corporation,<br><br>Defendants. | Case No.  C15-5085 KAW<br><br>**STIPULATION TO DISMISSAL; ORDER** |

IT IS HEREBY STIPULATED by and among all parties to the within action, through their respective counsel, that the complaint against defendants Peter Uzelac and MFC Lab, Inc., and the petition in respect to the winding up and dissolution of Jieying IVF Labs San Francisco, be dismissed with prejudice, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and that, except with respect to amounts paid in

satisfaction of obligations arising under the written settlement agreement between the parties, plaintiff and defendants each bear their own attorneys' fees and costs incurred in connection with the within action.

Dated: January 5, 2017

KEEGIN HARRISON LLP

By    /s/ Lynde Selden III
    Lynde Selden III
    Attorneys for plaintiff and petitioner
    Ri-Cheng Chian

Dated: January 5, 2017

RAGGHIANTI FREITAS LLP

By    /s/ Sarah N. Léger
    Sarah N. Léger
    Attorneys for defendants
    Peter Uzelac and MFC Lab, Inc.

**ATTESTATION**

    I, Lynde Selden III, attest that Sarah N. Léger, counsel for defendant(s) Peter Uzelac, an individual, and MFC Lab, Inc., a California corporation, concurred in filing this Stipulation to Dismissal; Order

Dated: January 5, 2017

By    /s/ Lynde Selden III
    Lynde Selden III
    Attorneys for plaintiff and petitioner
    Ri-Cheng Chian

1 **IT IS SO ORDERED.**

2 Dated:  January  6 , 2017

5   By _____
Hon. Kandis A. Westmore